UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

VIRTUAL STUDIOS, INC.

v.                                          Case No.: 1:12–cv–00039

MENARD, INC.

N O T I C E

PLEASE TAKE NOTICE the scheduling conference is hereby RESET to commence at <u>10:00 AM on Friday, April 27, 2012</u>, before the United States District Judge, Room 317, U.S. Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee.

CURTIS L. COLLIER, U.S. DISTRICT JUDGE

By: <u>Sheila Hendrix, Judicial Assistant</u>